PROB 35  
Rev. 5/01  
Supervised Release  
Prior to Original Expiration Date

Report and Order Terminating Probation

U.S. DISTRICT COURT
AUGUSTA DIV.

2014 DEC -9 A 11: 27

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

UNITED STATES OF AMERICA

V.  1:05CR00047-006

MARK TYSON MOORE

On November 15, 2010, the above-named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mark Tyson Moore, be discharged from supervised release.

Respectfully submitted,

Christopher A. Doughtie, Sr.
United States Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 8th day of December, 2014.

Dudley H. Bowen, Jr.
United States District Judge